No. 2,205.—THE STATE OF MONTANA ex rel. A. C. BAUM, Relator, v. SECOND JUDICIAL DISTRICT COURT OF THE STATE OF MONTANA, and the Honorable J. B. McCLERNAN, a Judge Thereof, Respondents.

Original application for writ of review.

Decided May 1, 1905.

Per Curiam.—Relator's application for a writ of review is hereby denied.

*Messrs. Maury & Hogevoll,* for Relator.

---

FLORENCE E. KEHOE, an Infant, by LYDIA FROST, Her Guardian at Litem, Appellant, v. D. H. KEHOE et al., Respondents.

*Appeal from District Court, Silver Bow County; E. W. Harney, Judge.*

Decided May, 5, 1905.

Per Curiam.—The appellant and respondents having failed to file their briefs herein, it is now here ordered and adjudged that the order of the court below made and entered on the 25th day of May, 1904, be and the same is hereby affirmed at the cost of appellant.

*Mr. C. M. Parr,* for Appellant.